**Order entered December 19, 2022**



**In The**
## Court of Appeals
## Fifth District of Texas at Dallas

### No. 05-22-00671-CR

**YADER MANZANAREZ, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 199th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 199-82085-2019**

### ORDER

The reporter's record for this appeal is overdue. We **ORDER** Jacqueline Kimbrough, Official Court Reporter of the 199th Judicial District Court, to send notice of the overdue reporter's record to the court reporter or reporters for this case within ten days of the date of this order. We further **ORDER** Jacqueline Kimbrough to notify this Court of the identity of the court reporter or reporters for this case within ten days of the date of this order.

/s/ DENNISE GARCIA
   JUSTICE